Request for Jurisdiction Transfer — October 1, 2026
Name of Offender: Sabrina Thipdavone Rhodes — 2:25-CR-00776-AB

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| PROB 22 (Rev. 01/24) TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 2:25-CR-00776-AB<br>DOCKET NUMBER *(Rec. Court)* 2:26-cr-00211-JAD-BNW-1 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Ms. Sabrina Thipdavone Rhodes | DISTRICT<br>California | DIVISION<br>Western |
| | NAME OF SENTENCING JUDGE<br>Honorable Andre Birotte Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/07/2026 TO 04/06/2029 |

OFFENSE
Count 1: 18 U.S.C. § 641: Theft of Government Property in Excess of $1,000

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Thipdavone Rhodes intends to reside in Nevada throughout her term of supervised release.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 2, 2026
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ________ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/6/2026
*Effective Date*

[signature]
*United States District Judge*